CLERK, U.S. DISTRICT COURT
NOV 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Melvin Williams

    Defendant.

CASE NO. CR 07-721-PSG

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143 (a)]

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent Dist Ca_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Allegation of FTA_
_No bail resources_

1
2 _____
3 _____
4  and/or
5 B. ( ) The defendant has not met his/her burden of establishing by clear and
6     convincing evidence that he/she is not likely to pose a danger to the safety of
7     any other person or the community if released under 18 U.S.C. § 3142(b) or
8     (c). This finding is based on _____
9
10 _____
11 _____
12 _____
13
14  IT IS THEREFORE ORDERED that the defendant be detained pending
15  further revocation proceedings.
16
17
18 Dated: Nov 15, 2011
19
20
21
22  MICHAEL R. WILNER
    UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28